



## MEMORANDUM OPINION

No. 04-10-00906-CV

**IN RE** Pamela **SCHEEL**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  January 12, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On December 21, 2010, relator filed a petition for writ of mandamus.  The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007-CI-11604, styled *Pamela Scheel v. Brian Alfaro, Johnny A. Day, and Primera Energy Partners, L.L.C.*, in the 285th Judicial District Court, Bexar County, Texas, the Honorable Richard Price presiding.  However, the order complained of was signed by the Honorable Barbara Hanson Nellermoe, presiding judge of the 45th Judicial District Court, Bexar County, Texas.